IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

LINDA STOUT, by her father and next friend, Blevin Stout,

    Plaintiff,

vs.

JEFFERSON COUNTY BOARD OF EDUCATION; DR. KERMIT JOHNSON, as Superintendent of the Jefferson County Board of Education, C. R. BOTTENFIELD, as President of the Jefferson County Board of Education, GEORGE ROGERS, as Vice-President of the Jefferson County Board of Education, ROBERT L. ELLIS, JR., O. G. GRESHAM, and MRS. ROBERT GWIN as members of the Jefferson County Board of Education, and their successors in office,

    Defendants.

CIVIL ACTION NO. CA 65

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, upon the sworn complaint filed in this case, moves this Court for a preliminary injunction pending the final hearing and determination of this case, enjoining the defendants, their agents, servants, employees, successors, and all persons in active concert and participation with them:

 (1) From refusing to permit plaintiff and members of the class to transfer during the first semester of the 1965-66 school year to schools which they would attend if they were white.

 (2) From operating a biracial school system in Jefferson County, Alabama.

 (3) From assigning students to the Jefferson County schools on a basis of race and color.

 (4) From subjecting Negro children seeking assignment, transfer or admission to criteria, requirements and prerequisites not required of white pupils seeking assignment, transfer, or admission to the schools of Jefferson County, Alabama.

 (5) From assigning teachers, principals, and other professional school personnel to the schools of Jefferson County, Alabama on the basis of race and color.

 (6) From programming and supporting extra-curricular school activities which are limited solely to members of one race or the other.

(7) From undertaking any new construction, planning and approving school budgets, and disbursing funds on a racial basis.

In the alternative, the plaintiff prays that this court enter a decree directing the defendant Board to present a complete plan for the reorganization of the school system of Jefferson County, Alabama into a unitary, non-racial system by the creation of a single non-racial geographic zones or attendance area for all grades in the system pursuant to which children, both Negro and white would be assigned to the school closest to their residence as a matter of right including a plan for the assignment of pupils on a non-racial basis, the assignment of teachers, principals, and other school personnel on a non-racial basis, and the elimination of any other discrimination in the operation of the school system based solely on race and color.

Plaintiff prays that this court will order and decree complete desegregation of all grades in all public schools in the Jefferson County school system immediately and forthwith, including pupils, teachers, professional personnel, and all other areas of activity in the public school system of Jefferson County, Alabama.

Plaintiff prays that should this Court direct the defendants to produce a plan for desegregation of the Jefferson County school system, this court will retain jurisdiction of this case pending approval and full implementation of defendants' plan.

Plaintiff prays that this Court will allow her her costs herein, reasonable counsel fees, and grant such other, further, additional or alternative relief as may appear to the Court to be equitable and just.

*OSCAR W. ADAMS, JR.*
OSCAR W. ADAMS, JR.
1630 Fourth Avenue, North
Birmingham, Alabama

NORMAN C. AMAKER
JACK GREENBERG
10 Columbus Circle
New York, New York   10019

ATTORNEYS FOR PLAINTIFF

- 2 -