IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA STOUT, et al.,

    PLAINTIFFS,

v.                                                                CASE NO. CV-65-J-396-S

JEFFERSON COUNTY BOARD
OF EDUCATION, et al.,

    DEFENDANTS.

## ORDER

By agreement of the parties, this case is set for an additional status confernece on April 7, 2005 at 9:00 a.m.

**DONE** and **ORDERED** this the 17th day of March, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE