# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDA STOUT, et al.,** } | |
| } | |
|    Plaintiffs, } | |
| } | |
| **UNITED STATES OF AMERICA,** } | Case No.: 2:65-cv-00396-MHH |
| } | |
|    Plaintiff-Intervenor, } | |
| } | |
| v. } | |
| } | |
| **JEFFERSON COUNTY BOARD OF EDUCATION, et al.,** } | |
| } | |
|    Defendants. } | |

## NOTICE OF FILING OF NON-PARTY SUBMISSION

Consistent with the Court's February 19, 2016 order (Doc. 1049), the Court asks the Clerk to please file the attached non-party submission under seal. The Court asks the Clerk to please file the submission under seal because the author does not wish to make public the information contained in the email.

**DONE** and **ORDERED** this April 24, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE