IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA STOUT, et al.,** | ) |
| Plaintiffs, | ) |
| and | ) |
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff-Intervenor, | ) Case No.: 2:65-cv-0396-MHH |
| v. | ) |
| **JEFFERSON COUNTY BOARD OF EDUCATION, et al.,** | ) |
| Defendant. | ) |

## JOINT PROPOSED SCHEDULING ORDER
_____

On December 19, 2022, the Court held a status conference with the parties to discuss their progress in analyzing the *Green* factors. In a follow up Order from the Court, the Court instructed the Jefferson County Board of Education (the "District"), Plaintiffs Linda Stout, Alifornia and Lonnell Carter, Sandra Ray, and Ricky and Allene Reeves (collectively, "Private Plaintiffs"), and Plaintiff-Intervenor the United States (altogether, the "parties") to submit a proposal for

production and analysis of information necessary for an evaluation of the District under the *Green* factors. In accordance with the Court's Order, the parties submit the following joint proposed schedule:

**Requests for Information and Responses.** The Private Plaintiffs and the United States will submit their first requests for information ("RFI") to the District by February 10, 2023. The District will respond to the first RFIs no later than March 24, 2023. Follow up RFIs will be submitted to the District by April 21, 2023 with responses due no later than May 19, 2023.

**Site Visits.** All site visits will be completed by May 19, 2023. The District agrees to coordinate with the Private Plaintiffs and the United States to schedule site visits as requested.

**Meetings of the Parties.** The parties have agreed to meet regularly during this process. The parties have scheduled regular monthly meetings on the fourth Friday of each month where they will meet and confer[1] regarding progress.

**Close of Discovery and Next Steps.** The RFI/Discovery process should be completed by June 30, 2023. The parties will meet and confer about additional

---

[1] Meetings are anticipated to be by telephone or video unless the parties are in the District for site visits.

steps and submit a suggested schedule for those steps to the Court by July 31, 2023.

Respectfully submitted on this 20th day of January, 2023.

| | |
|---|---|
| *For Plaintiff-Intervenor United States of America:* | *For Plaintiffs:* |
| | *s/ GeDá Jones Herbert* |
| *s/ Natane Singleton* | GEDÁ JONES HERBERT |
| SHAHEENA SIMONS | (ASB 2864-N47I) |
| KELLY D. GARDNER | ALEXIS JOHNSON* |
| NATANE SINGLETON | KATHRYN SADASIVAN |
| VERONICA PERCIA | NAACP Legal Defense and |
| United States Department of Justice | Educational Fund, Inc. |
| Civil Rights Division | 700 14th Street NW, Suite 600 |
| Educational Opportunities Section | Washington, DC 20005 |
| 950 Pennsylvania Avenue, N.W. | Phone: (202) 682-1300 |
| Washington, DC 20530 | Fax: (202) 682-1312 |
| Phone: (202) 514-4092 | *admitted *pro hac vice* |
| Fax: (202) 514-8337 | |
| | *s/ U.W. Clemon* |
| PRIM F. ESCALONA | U.W. Clemon (Bar No. 0095-076U) |
| United States Attorney | 5202 Mountain Ridge Parkway |
| | Birmingham, AL 35222 |
| LANE WOODKE | Phone: (205) 837-2898 |
| Chief, Civil Division | |
| United States Attorney's Office | *For Defendant Jefferson County Board of Education:* |
| Northern District of Alabama | |
| 1801 4th Avenue North | |
| Birmingham, AL 35203 | *s/ Whit Colvin* |
| Phone: (205) 244-2001 | WHIT COLVIN (ASB 3137-C51G) |
| | BISHOP COLVIN, LLC |
| | 1910 First Avenue North |
| | Birmingham, AL 35203 |
| | Phone: (205) 251-2881 |
| | Fax: (205) 254-3987 |