# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LINDA STOUT, et al., | }<br>}<br>} |
| Plaintiffs, | }<br>} |
| UNITED STATES OF AMERICA, | }<br>} Case No.: 2:65-cv-00396-MHH |
| Plaintiff-Intervenor, | }<br>}<br>} |
| v. | }<br>} |
| JEFFERSON COUNTY BOARD OF EDUCATION, et al., | }<br>}<br>} |
| Defendants. | } |

## SCHEDULING ORDER

To enable the parties to gather information that will allow them to evaluate the status of the Jefferson County Board of Education's efforts to satisfy the *Green* factors and fulfill the Board's obligation to desegregate all aspects of the Jefferson County public school district, the parties shall comply with the following deadlines:

**Requests for Information and Responses:** The Private Plaintiffs and the United States must submit requests for information to the District by February 10, 2023. The District must respond to those requests by March 24, 2023. The Private

Plaintiffs and the United States may submit follow-up requests to the District by April 23, 2023.  The District must respond to follow-up requests by May 19, 2023.

**Site Visits:**  The parties shall coordinate site visits to schools in the district.  All site visits must be completed by May 19, 2023.

**Meetings of the Parties:**  The parties shall meet monthly to discuss the progress of their information gathering.  The meetings may be held by telephone or by video.

**Close of Discovery:**  The parties shall complete discovery by June 30, 2023.  The Court sets this matter for a status conference on July 31, 2023.  The Court will provide details regarding the conference by separate order.

**DONE** and **ORDERED** this January 27, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE