UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA STOUT, et al.,** | } |
| Plaintiffs, | } |
| **UNITED STATES OF AMERICA,** | } Case No.: 2:65-cv-00396-MHH |
| Plaintiff-Intervenor, | } |
| v. | } |
| **JEFFERSON COUNTY BOARD OF EDUCATION, et al.,** | } |
| Defendants. | } |

## ORDER

Because they no longer have children enrolled in the Jefferson County public school system, the current named plaintiffs have filed a motion to substitute. (Doc. 1361). The Court grants the unopposed motion. The Clerk shall please substitute Anthony Spencer and D. Jeffrey Jackson, on behalf of their minor children, as the named plaintiffs in this action. The Clerk shall please terminate as named plaintiffs Cartrena Carter, Lonnell and Alfornia Carter, Sandra Ray, and Ricky and Alene Reeves.

**DONE** and **ORDERED** this August 9, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE