FILED
2025 Feb-07  PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# APPENDIX F

# Annual Reporting Obligations

Stout v. Jefferson County Board of Education
Civil Action # 2:65-CV-396-MHH
Consent Order Appendices

# APPENDIX F

# (Consolidated Reporting Obligations)

Consistent with Section IX.E of the attached Consent Order, the District's reporting obligations are consolidated and set forth below for administrative convenience:

**Magnet Program Planning – Section III.A.9.e.v**

Until the Court terminates federal supervision with respect to Student Assignment, the District will provide as part of its Annual Report to the Plaintiff Parties and the Court the following information regarding magnet schools and programs, including the JCIB Schools:

1. For each magnet school:

    (i.) Student applicant data for the previous school year, disaggregated by race and grade level, that includes: (a.) the number of applicants; (b.) the number of students accepted; (c.) the number of students not accepted with the reason(s) for such students not being accepted; and (d.) the number of students enrolled;

    (ii.) The number of students who withdrew or transferred out from the magnet school, disaggregated by race and grade level, and, to the extent known, the reason for the withdrawal or transfer; and

    (iii.) The number of students, disaggregated by race and grade level, who requested transportation and the number of students for whom the District provided transportation.

2. A report of magnet marketing and recruitment efforts taken for the previous school year, including samples of brochures and advertisements, and where applicable, the date and location of the marketing and recruitment;

3. A report of the magnet courses offered at each magnet school for the current school year; and

4. Consistent with the metrics identified in the District's Magnet Plan, an analysis of the success of the magnet program offerings in furthering desegregation across the District, and a description of the District's efforts and plans to improve the desegregative effects of the magnet program offerings.

**Between School Assignment – Section III.A.13.a-b**

Until this Court terminates federal supervision as to Student Assignment, the District will provide as part of its Annual Report to the Court and Plaintiff Parties the following information:

   i. The total number and percentage of students enrolled in the District, disaggregated by race;

   ii. For each school, the total number of students enrolled and percentage of students enrolled, disaggregated by race;

   iii. For each school, the total number and percentage of students enrolled in each grade, disaggregated by race;

   iv. The total number of students enrolled in each course at each school, including the school, course name, name of instructor, and race of students and instructors;

   v. The total number of students who have requested intra-district and inter-district transfers and a list of students (with personally identifiable

information redacted) who applied for an M-to-M transfer since the last report was filed.

vi. The name, location, and description of each Signature Academy Program for the immediately preceding school year (including but not limited to all course sections offered), identifying whether the program offers a full-day attendance option;

vii. The number of students, disaggregated by race and home school, who applied to each Signature Academy Program;

viii. The number of students, disaggregated by race, home school, and course section (where applicable) who enrolled in each Signature Academy Program; and

ix. The number of students, disaggregated by race and home school, who withdrew from each Signature Academy Program.

Until this Court terminates federal supervision as to Student Assignment, the District will send to the Plaintiff Parties the following information at the same time its Annual Report is due:

i. For each student who requested an intra-district or inter-district transfer: the student's race, grade, type of transfer, home school, requested school(s), school assigned and, if denied, the District's basis for denying the request;

ii. A description of all specific efforts, if any, the District has taken to encourage students to take advantage of M-to-M transfers. To the extent that these efforts involved the dissemination or posting of written notices, the District will provide copies of such notices; and

      iii.      A copy of all of the reports referenced in Section III.A.13.a, above, but also disaggregated by gender.

**Within School Assignment – Section III.B.1.g.i-ii**

Until the Court terminates federal supervision as to Student Assignment, the District will include as part of its Annual Report to the Court and Plaintiff Parties a report that includes the following:

(a.)      A list of all Advanced classes offered at each school serving students in grades seven through twelve and the total number of students enrolled in each course for the previous school year, disaggregated by grade level and race;

(b.)      A list of all A.P. and Dual Enrollment courses offered at each school serving students in grades nine through twelve and the total number of students enrolled in each course for the previous school year, disaggregated by grade level and race;

(c.)      For each A.P. course, the total number of enrolled students who took the A.P. exam and A.P. exam scores, disaggregated by school, grade level and race;

(d.)      Examples of outreach and recruitment materials used by the District and schools pursuant to the terms of this Section; and

(e.)      A summary of academic and instructional support developed and provided by the District pursuant to this Section, including the school(s) where the support was provided.

Until the Court terminates federal supervision as to Student Assignment, the District will include as part of its Annual Report to the Plaintiff Parties:

(a.)      A copy of all the reports set forth in Sections III.B.1.g.i(a)-(c) above but also disaggregated by gender, and

(b.)      Copies of the Continuous Improvement Plans for each school.

**Student Discipline – Section III.C.12.a-b**

Until the Court terminates federal supervision as to Student Assignment, the District will provide as part of its Annual Report to the Court and the Plaintiff Parties the following information for the immediately preceding school year:

   i.   The District's Student Code of Conduct implemented after the effective date of this Consent Order or after the previous annual report;

   ii.  A summary of the District's work with the Discipline Consultant, if applicable, including the date of any trainings developed by or participated in by the Consultant;

   iii. A report on the District's progress in implementing its revised discipline policies, Code of Conduct, and positive school climate changes;

   iv.  A list of professional development activities required by Section III.C.9, including the date, duration, subject matter, presenter, method of delivery (in-person, online, etc.), and a description of the personnel who received trainings, along with their titles and the schools where they are assigned; and

   v.   For each school, the total number and percentage of students receiving a disciplinary referral, disaggregated by race, ISS, OSS, Alternative School Placement, Expulsion, and school referrals to law enforcement.

After each semester, the District will provide the Plaintiff Parties:

   i.   For each school, the total number and percentage of students receiving at least one disciplinary referral, ISS, OSS, Expulsion, or Alternative School Program Placement, disaggregated by race, gender, disability status, and

> infraction. If a student was referred to a disciplinary hearing, the report should include the outcome of the hearing and the final disposition. For any school identified as needing additional support in subpart III.C.11.f, the District will provide copies of school-level plans designed to support the schools in their efforts;
>
> ii. Duplicated counts (all events) and unduplicated counts (number of individual students) by each school disaggregated by student race, grade, sex, disability status, infraction, referring teacher, and referring teacher's race, with separate accounting of: (1) Alternative School Program referrals (including length of time assigned and length of time the student spent in Alternative School Programs); (2) ISS; (3) OSS; (4) Detention; (5) referrals to law enforcement; (6) Expulsion (including the reason and length for Expulsion) and (7) the five most frequent disciplinary consequences across the District;
>
> iii. The information provided to parents/guardians pursuant to this Discipline Section; and
>
> iv. Copies of all plans/strategies developed and implemented as a result of the review outlined in Section III.C.11, above.

**Gifted and Talented – Section IV.A.8.a**

Until this Court terminates federal supervision of the District with respect to Quality of Education, the District will provide as part of its Annual Report to the Court and Plaintiff Parties the following information for the immediately preceding school year:

i. Efforts made to have racially diverse GRST teams, as described in Section IV.A.3.b.iii, above;

ii. All training materials as described in Section IV.A.5, above;

iii. All data collected pursuant to the annual internal audit described in Section IV.A.7, above; and

iv. All School Support Plans described in Section IV.A.7, above.

**Other Indicia of Quality of Education – Section IV.D.2**

The District will annually report to the Court and Plaintiff Parties data related to quality of education as specified below.

a.) <u>Graduation Rate</u>. The District will calculate and report the high school graduation rate, as required by the Alabama State Department of Education, disaggregated by race and gender, both District-wide and by school. If the District also calculates and reports a rate of "College and Career Readiness" (or other comparable indicator), as required by the Alabama State Department of Education, the District will additionally report the College and Career Readiness rate, disaggregated by race and gender, both District-wide and by school.

b.) <u>Retention Rate</u>. The District will calculate and report annually in-grade retention rates disaggregated by race, gender, and grade, both District-wide and by school.

c.) <u>Teacher Qualification and Experience</u>. The District will calculate and report annually, District-wide and by school:

i. The percentage of certified teachers in the faculty, disaggregated by type of certificate and by race, including the percentage of teachers in the faculty holding emergency, provisional, or other temporary certificates.

7

ii. If not otherwise apparent from the disaggregated certified teacher data, the percentage of teachers in the faculty holding advanced degrees and/or specialist certificates, by race.

iii. The average number of years of teaching experience of teachers in the faculty, overall and by race.

iv. The percentage of teachers in each school with less than two years of teaching experience, overall and by race.

d.) <u>Per-Pupil Revenues and Expenditures</u>. The District will calculate and report annually, both District-wide and by school:

i. The total and per-pupil expenditures for the most recent fiscal year, disaggregated by revenue source (for example, federal, state, or local); and

ii. The number of locally funded teacher units.

e.) <u>Race-Based Harassment or Bullying</u>. The District will calculate and report annually, both District-wide and by school:

i. The number of documented reports of students experiencing bullying or harassment on the basis of race, disaggregated by the targeted student's race and gender.

ii. For each such incident of reported race-based bullying or harassment: the race and gender of the targeted student, the race and gender of the alleged actor(s), and the outcome of the report, including whether any of the alleged actor(s) were disciplined.

f.) <u>Routinely Collected and Reported Measures</u>. Where state or federal law requires the District to routinely collect and report data for District and individual school

report card grade purposes, the District will notify the Plaintiff Parties to this case when such reports are submitted and will provide copies of such reports to the Plaintiff Parties if requested.

**Extracurricular Activities – Section V.E.1-2**

Until this Court terminates federal supervision as to Extracurricular Activities, the District will provide as part of its Annual Report to the Court and Plaintiff Parties the following information:

    i. A list of all extracurricular activities offered at each school, including each school's Core Activities and Core Athletic Activities;

    ii. The number of students participating in each extracurricular activity, including Core Activities and Core Athletic Activities, at each school by race; and

    iii. Examples of measures taken by the EAC and the District's schools to make students, parents, and guardians aware of the school's extracurricular activities.

For each school, the District will create a list, by school, of each of the Core Activities and Core Athletic Activities that limit participation based on an audition, tryout, or other selection procedure. In addition to that list, the District will retain the information listed below and at the time the District produces the Annual Report, the District will provide to the Plaintiff Parties:

    i. The number of students by race and grade level who participated in the audition, tryout, or other selection procedure;

9

ii. The race of the supervising faculty member(s) and the race of the evaluators/judges, if different from supervising faculty member(s); and

iii. An explanation of the audition, tryout, or other selection procedure, including the criteria evaluated during the procedure.

**<u>Faculty and Staff – Section VI.J.2.a.</u>**

Until this Court terminates federal supervision of the District with respect to Faculty and Staff, the District will provide as part of its Annual Report to the Court and Plaintiff Parties the following information for the immediately preceding school year:

i. The total number of District-Level Administrators, by race, and position;

ii. The total number and percentage of Faculty and Instructional Staff, principals, and assistant principals, by race and by position, in each school facility operated in the District;

iii. A list of each Faculty or Instructional Staff member who requested a transfer, including: name; race; position; school from which they transferred; school to which they transferred; effective date of the transfer; whether the transfer was granted as part of the Annual Transfer Process or as part of the District's general hiring process for Faculty and Instructional Staff; and the reason(s) for granting the transfer (e.g., unit overages; employee requested; District directed; joint request from District and employee);

iv. A list of all recruiting/job fairs in which the District participated, including the date and location of each such fair and the name, race, and title of each individual who attended the fair on behalf of the District;

    v.        A list of District-Level Administrators who were hired or promoted, including the administrator's name, race, position hired or promoted to, previous position, and date of hire;

    vi.       A list of Faculty and Instructional Staff members who were demoted, suspended, or dismissed/terminated, including each person's name, race, position/title, and date of demotion, suspension, or dismissal/termination;

    vii.      A summary of the District's progress and each school's progress towards meeting its desegregation goals; and

    viii.     A list of the members of the Personnel Committee, including each individual's name, race, title, and the school at which they work (if applicable).

**Faculty and Staff – Section VI.J.3.a (off-cycle annual reporting)**

The District will retain for at least three years the following documents and will make them available to the Plaintiff Parties on or before January 15, 2026, and on January 15th for every subsequent year until the District is released from federal supervision:

    i.        The race, position, and assigned school of any employee who receives compensation that is not the outcome of a formula or schedule, and the basis for that determination;

    ii.       A copy of the sortable database of applicant data maintained by the District described in Section VI.E.3 above, reflecting the information collected for each applicant for a Faculty and Instructional Staff position during the preceding year;

iii.   For each Faculty and Instructional Staff position filled during the preceding year, the interview list finalized by Human Resources, including for each applicant on that finalized list, the race, highest education degree and issuing institution of the applicant;

iv.   The written, valid, non-discriminatory justifications from the school administrator or District-Level Administrator for not interviewing a Qualified applicant on the finalized list from the Human Resources Department, and the race and highest education degree and issuing institution of the Qualified applicant who was not interviewed, as well as the race of the decisionmaker;

v.   A list of applicants for employment who were added to an interview list after the list was finalized by the Human Resources Department, including their race, the race of the interviewing administrator, and any reason(s) provided for adding the additional applicant(s);

vi.   For Faculty and Instructional Staff who applied using the Annual Transfer Process and were denied, the race, position, and assigned school of the employee denied the transfer, as well as the race, position, and assigned school of the decisionmaker, and the reason provided for denying the transfer;

vii.   For Faculty and Instructional Staff who were demoted, suspended, or dismissed/terminated, the race, position, and assigned school of the employee, and the reason for that action; and

viii. A list of Faculty and Instructional Staff who resigned or retired from the District, the race, and position, and last-assigned school of each resigned or retired employee, and exit survey information, if any, from each.

**Facilities – Section VII.H.**

Until the Court terminates federal supervision as to Facilities, the District will file as part of its Annual Report to the Court and the Plaintiff Parties the Long-Term Facilities Plan, a summary of steps taken to implement it, a copy of the District's Annual Capital Plan for the prior and current school year with a summary of the status of the projects identified therein, a description of any deviations or delays with respect to completion of any aspects of these Plans, a summary of any other projects conducted during the prior school year that required Court approval pursuant to this Section, and a list of all facilities-related training delivered pursuant to this Section, including the date(s) on which the training was delivered, the person(s) delivering the training, the names and titles of the trainees, how the training was provided (*e.g.* in person, virtually), and a narrative description of the content of the training.

**Transportation – Section VIII.B.2**

Until this Court terminates federal supervision as to Transportation, the District will provide as part of its Annual Report to the Court and the Plaintiff Parties the following information:

a.) A list of all bus routes by number operated by the District in tabular form, including for each such bus route:

i. Whether the route was newly established for the relevant school year;

ii. Whether the route was discontinued at any point during the relevant school year and, if so, the date on which it was discontinued;

      iii.        Total eligible student ridership, disaggregated by race;

      iv.        Total number and percentage of school days for which the bus provided a late morning drop off (defined as more than 15 minutes after the scheduled drop-off time);

      v.        Total number and percentage of school days for which the bus provided a late afternoon pick up (defined as more than 15 minutes after the scheduled pick-up time); and

      vi.        Total number and percentage of days for which bus service was canceled.

**Desegregation Committee Annual Assessment – Section IX.B.13**

By June 1 of each year, the Committee will provide the District an annual report regarding its assessment of the District's implementation of the Consent Order, except that for the first year of implementation the Committee may provide an abbreviated report or no report, at the Committee's discretion. The Committee's annual report will include any minority or dissenting opinions from members of the Committee on issues discussed in the report. The District will share the Committee's annual report with all Parties and make it publicly available on the Implementation Web Page. In addition, the Committee will contact the Desegregation Coordinator to select a date on which to present and summarize its annual report during a regularly scheduled or specially called public meeting of the Board. Additionally, the District, through the Superintendent or his/her designee, will have the right to respond to the DAC's annual report at such Board meeting.