FILED
2025 Nov-17 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**LINDA STOUT, ANTHONY SPENCER, D. JEFFREY JACKSON, *et al.*,**

Plaintiffs,

**UNITED STATES OF AMERICA,**

Plaintiff-Intervenor,

**v.**

**JEFFERSON COUNTY BOARD OF EDUCATION,**

Defendant.

**Case No.: 2:65-cv-00396-MHH**

**SCHEDULING ORDER**

On March 3, 2025, the Court entered a Consent Decree that directs the parties, *inter alia*, to negotiate and submit a Final Magnet School Plan. (Doc. 1377, pp. 12–27). The Consent Decree provides that the parties must submit a Final Magnet School Plan to the Court's chambers by August 31, 2025. (Doc. 1377, p. 24). The parties have twice submitted joint motions to extend the deadline for the Final Magnet School Plan to enable the parties to provide a more thorough negotiated

plan. (Docs. 1381, 1383).[1] The Court granted both motions, extending the August deadline to October 30, 2025. (Doc. 1384).

On October 29, 2025, the parties requested a status conference with the Court. The Court held a status conference with the parties on November 5, 2025. Based on the discussion during the status conference, the Court orders as follows:

1. No later than March 31, 2026, the Parties will submit to the Court's chambers a copy of the Final Magnet School Plan. If the Parties cannot resolve all disagreements by March 31, they will submit a joint report to the Court describing the areas of agreement and their positions on areas of disagreement. Unless the Court orders otherwise, the Final Magnet School Plan will be approved upon the Board's affirmative vote on the Superintendent's recommendation of the Plan. If the Court determines that it needs additional information before the Board considers the Final Magnet School Plan, the District will wait to seek Board approval until authorized by the Court to do so.
2. The District will begin expanding the number of magnet program offerings by opening two whole-school, elementary magnet schools by the start of the 2027–28 school year. The District will scale implementation of its magnet

[1] As Plaintiff-Intervenor, the United States has not participated in the parties' efforts to implement the Consent Decree since counsel for the United States withdrew from this matter. (Docs. 1379, 1380).

programs to the full extent required to discharges its desegregation obligations.

**DONE** and **ORDERED** this November 17, 2025.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE